IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN DEVON SUTTON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 83586

**FILED**

OCT 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## A WRIT OF CERTIORARI

This is an original pro se petition for a writ of certiorari challenging the district court's imposition of restitution in petitioner's sentence for first-degree murder with use of a deadly weapon.

A writ of certiorari is available to correct a lower tribunal's judicial action if the tribunal exceeded its jurisdiction and "there is no appeal, nor, in the judgment of the court, any plain, speedy and adequate remedy." NRS 34.020(2); *Dangberg Holdings Nev., LLC v. Douglas Cty.*, 115 Nev. 129, 137-38, 978 P.2d 311, 316 (1999) (internal quotations omitted). Petitioner bears the burden of demonstrating that extraordinary writ relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Petitioner has not provided any authority supporting his contention that the district court exceeded its jurisdiction when it imposed restitution as part of petitioner's criminal sentence. Therefore, we conclude that petitioner has not demonstrated that our intervention by way of

21-30483

extraordinary writ relief is warranted, and we deny the petition. NRAP 21(b)(1); *Pan*, 120 Nev. at 228, 88 P.3d at 844.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Kevin Devon Sutton
       Attorney General/Carson City